# EXHIBIT A

**FILED**
Superior Court of California,
County of Trinity
**06/25/2025 at 03:27:00 PM**
By: Alisha C Martinelli, Deputy Clerk

**Charlotte Hadlow, Esq., State Bar No. 334273**
**DOWNTOWN L.A. LAW GROUP**
612 S Broadway
Los Angeles, CA 90014
Tel: (213)389-3765
Fax: (877)389-2775
Email: charlotte@downtownlalaw.com

Attorneys for Plaintiff,
CESAR CORONA

*Downtown L.A. Law Group*
*612 S. Broadway*
*Los Angeles, CA 90014*

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF TRINITY**

| | |
|---|---|
| CESAR CORONA, an individual. | Case No.: 25CV037 |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| v. | 1. **STRICT PRODUCT LIABILITY** |
| AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; TRSMIMA, an unknown entity; and DOES 1-50, inclusive. | 2. **NEGLIGENCE** |
| Defendants. | [JURY DEMANDED] |

Plaintiff CESAR CORONA ("Plaintiff") alleges as follows:

1.     Plaintiff CESAR CORONA is an individual residing in Trinity County, California.

2.     Plaintiff is informed and believes, and based upon such information and belief alleges that at all times relevant hereto Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; TRSMIMA, an unknown entity; and DOES 1-50, inclusive, are, and at all times herein mentioned where individuals, corporations, sole proprietors, shareholders, associations, partners and partnerships, joint venturers, and/or business entities unknown, primarily residing and doing business in the County of Trinity, State of California.

**1**
**COMPLAINT FOR DAMAGES**

Downtown L.A. Law Group
612 S. Broadway
Los Angeles, CA 90014

3.    At all times mentioned in this Complaint, Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; TRSMIMA, an unknown entity; and DOES 1-50, inclusive, distributed the subject TRSMIMA Zip Line 180 ft (X003RXCKUV) for sale to the general public in the state of California for consumer and commercial use.

4.    At all times mentioned in this Complaint, Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; TRSMIMA, an unknown entity; and DOES 1-50, inclusive were engaged in the business of manufacturing, sale, development, testing, inspecting, packaging, labeling, advertising, merchandising, and distribution of TRSMIMA Zip Line 180 ft (X003RXCKUV).

5.    Plaintiff is informed and believes and thereupon alleges, that at all times herein relevant, Defendants and DOES 1 through 50 ("DOES"), and each of them, were the agents, partners, joint venturers, joint employers, representatives, servants, employees, successors-in interest, alter egos, co-conspirators and assigns, each of the other, and at all times relevant hereto were acting with the authority and ratification of one another and within the course and scope of their authority as such agents, partners, joint venturers, representatives, servants, employees, successors, co-conspirators and/or assigns, alter egoes, and all acts or omissions alleged herein were duly committed with the ratification, knowledge, permission, encouragement, authorization and/or consent of each Defendant designated as a DOE herein.

6.    Plaintiff is informed and believes and thereupon alleges, that at all times herein relevant, Defendants and DOES 1 through 50, and each of them, were the distributors, manufacturers, and/or sellers of the TRSMIMA Zip Line 180 ft (X003RXCKUV) that Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; TRSMIMA, an unknown entity; and DOES 1-50, inclusive, sold to Plaintiff and the public who are in some manner liable for the damages complained of herein.

///

///

///

**2**
**COMPLAINT FOR DAMAGES**

7. Defendants and DOES 1 through 50, and each of them, were the designers, manufacturers, suppliers, installers, inspectors, repairers of the TRSMIMA Zip Line 180 ft (X003RXCKUV) that Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; TRSMIMA, an unknown entity; and DOES 1-50, inclusive, sold to Plaintiff and the public who are in some manner liable for the damages complained of herein.

8. The true names and capacities, whether corporate, associate, individual or otherwise, of DOES 1 through 50, inclusive, are unknown to Plaintiff who sues said DOE Defendants by such fictitious names. Plaintiff is informed and believes, and based on that information and belief alleges, that each of the Defendants designated as a DOE are legally responsible for the events and happenings referred to in this Complaint, and unlawfully caused the injuries and damages to Plaintiff as alleged in this Complaint. Plaintiff will seek leave of court to amend this Complaint to show the true names and capacities when the same have been ascertained.

## JURISDICTION AND VENUE

9. At all times herein mentioned, the incident on which this action is based occurred within the boundaries of the Superior Court of the State of California, County of Trinity, said incident occurring at or near 2940 Bear Creek Rd., Lewiston, CA 96052.

10. Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; TRSMIMA, an unknown entity; and DOES 1-50, inclusive, and each of them, have certain minimum contacts with the state of California and purposefully directed their activities, such as conducting business, sales, transfers, distribution, and exchange of products and goods, within the state of California. Plaintiff's injuries within the state of California are related to Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; TRSMIMA, an unknown entity; and DOES 1-50, inclusive, and each of their activities within the state, such that, a nexus between the Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; TRSMIMA, an unknown entity;

Downtown L.A. Law Group
612 S. Broadway
Los Angeles, CA 90014

**COMPLAINT FOR DAMAGES**

and DOES 1-50, inclusive, and each of them, the state of California and Plaintiff's injuries exists.

## GENERAL ALLEGATIONS

11.    The preceding paragraphs of this Complaint are incorporated by reference.

12.    At all times mentioned herein, Defendants, and each of them, were engaged in the business of manufacturing, fabricating, designing, packaging, assembling, distributing, leasing, buying, selling, inspecting, servicing, installing, repairing, marketing, warranting, supervising and providing the subject product to the general public for purchase.

13.    On August 6, 2024, Plaintiff was injured by the subject TRSMIMA Zip Line 180 ft (X003RXCKUV) distributed, deployed and/or manufactured by Defendants. The subject TRSMIMA Zip Line 180 ft (X003RXCKUV) malfunctioned and prevented Plaintiff from stopping as he was traveling on the zipline and physically crashed into a tree, thereby causing Plaintiff to endure severe injury and pain.

14.    Plaintiff immediately experienced substantial pain and injury throughout his body. Plaintiff has received and continues to receive medical treatment and care.

15.    On information and belief, Defendants' AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; TRSMIMA, an unknown entity; and DOES 1-50, inclusive, TRSMIMA Zip Line 180 ft (X003RXCKUV) are improperly designed and/or manufactured for their intended use and do not contain adequate instructions and/or warnings regarding these hazards and dangers.

## FIRST CAUSE OF ACTION

### (STRICT PRODUCT LIABILITY)

### (Against All Defendants and DOES 1-50)

16.    The preceding paragraphs of this Complaint are incorporated by reference.

17.    Plaintiff is informed and believes, and thereupon alleges, that at all times herein mentioned, Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; TRSMIMA, an unknown entity; and DOES 1-50, inclusive, and each of them, designed, developed, tested, manufactured, fabricated, assembled distributed, bought, sold,

Downtown L.A. Law Group
612 S. Broadway
Los Angeles, CA 90014

**COMPLAINT FOR DAMAGES**

inspected, marketed, warranted, supplied, modified, and/or provided the subject TRSMIMA Zip Line 180 ft (X003RXCKUV), which was purchased by Plaintiff and used by Plaintiff as intended.

18.    Plaintiff is informed and believes, and thereupon alleges, that at all times herein mentioned, Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; TRSMIMA, an unknown entity; and DOES 1-50, inclusive, and each of them, knew or should have known that the subject TRSMIMA Zip Line 180 ft (X003RXCKUV) had dangerous features, characteristics, operating instructions, and propensities.

19.    Plaintiff is informed and believes, and thereupon allege, that at all times herein mentioned, Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; TRSMIMA, an unknown entity; and DOES 1-50, inclusive, and each of them, breached their duties and failed to act reasonably by deliberately marketing and advertising the subject TRSMIMA Zip Line 180 ft (X003RXCKUV) without making sure that the subject TRSMIMA Zip Line 180 ft (X003RXCKUV) was in a safe and operable condition without defects.

20.    Plaintiff CESAR CORONA was harmed by a product, the subject TRSMIMA Zip Line 180 ft (X003RXCKUV) that was distributed, manufactured, and/or sold by Defendants. The subject TRSMIMA Zip Line 180 ft (X003RXCKUV) contained a manufacturing defect, design defect, and did not include sufficient instructions and/or warnings of potential safety hazards.

21.    On information and belief, the subject TRSMIMA Zip Line 180 ft (X003RXCKUV) contained a manufacturing defect when it left each Defendants' possession and the defect was a substantial factor in causing Plaintiff's harm.

22.    On information and belief, the subject TRSMIMA Zip Line 180 ft (X003RXCKUV) was defective because it differed from the manufacturer's design or specifications and/or from other typical units of the same product line.

///

///

Downtown L.A. Law Group
612 S. Broadway
Los Angeles, CA 90014

5

**COMPLAINT FOR DAMAGES**

Downtown L.A. Law Group
612 S. Broadway
Los Angeles, CA 90014

23.     On information and belief, the subject TRSMIMA Zip Line 180 ft (X003RXCKUV) was defective because the brakes did not perform as safely as an ordinary consumer would have expected them to perform when used or misused in an intended or reasonably foreseeable way and this defect was a substantial factor in causing Plaintiff's harm.

24.     On information and belief, the subject TRSMIMA Zip Line 180 ft (X003RXCKUV) had potential risks that was known and/or knowable in light of the knowledge that was generally accepted in the community at the time of the TRSMIMA Zip Line 180 ft (X003RXCKUV)'s manufacturer, distribution, and/or sale.

25.     On information and belief, the potential risks presented a substantial danger when the subject TRSMIMA Zip Line 180 ft (X003RXCKUV) is used or misused in an intended or reasonably foreseeable way.

26.     On information and belief, the ordinary consumers would not have recognized the potential risks.

27.     On information and belief, Defendants failed to adequately warn or instruct of the potential risks.

28.     On information and belief, the lack of sufficient instructions or warnings was a substantial factor in causing Plaintiff's harm.

29.     As a direct and proximate result of the above described acts and/or omissions of Defendants, Plaintiff has suffered special damages, economic damages, consequential damages, incidental damages, and general damages including, but not limited to, severe physical, mental, and emotional injuries, emotional distress, pain and suffering, resulting in substantial expenses, medical expenses, loss of use and enjoyment of life, and lost earnings and earnings capacity, the exact amount of which is unknown to Plaintiff at this time, but subject to proof at time of trial.

30.     The defects described herein was a substantial factor and the legal and proximate cause of the injuries, damages, and pain suffered by Plaintiff complained herein.

///

///

COMPLAINT FOR DAMAGES

31. As a result of the defective, negligent, careless, and/or reckless design, testing, development, manufacture, fabrication, assembly, distribution, buying, selling, marketing, warranting, supplying, modifying, and/or providing of the subject TRSMIMA Zip Line 180 ft (X003RXCKUV), and the instructions and/or warnings pertaining to the subject TRSMIMA Zip Line 180 ft (X003RXCKUV), Plaintiff sustained severe, great, and traumatic personal injuries.

32. As a legal, direct, and proximate result of the above-mentioned conduct of Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; TRSMIMA, an unknown entity; and DOES 1-50, inclusive, and each of them, Plaintiff was injured in his health, strength and activity, sustaining injury to his body, and shock and injury to his person, all of which have caused and continue to cause great physical, mental, and emotional pain and suffering all to her general damages, the exact amount of such to be stated according to proof.

33. As a legal, direct, and proximate result of the above-mentioned conduct of Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; TRSMIMA, an unknown entity; and DOES 1-50, inclusive, and each of them, Plaintiff was compelled to and did employ the services of hospitals, physicians, surgeons, nurses and the like, to care for and treat him, and did incur hospital, medical, professional and incidental expenses, the exact amount of such to be stated according to proof.

34. As a legal, direct, and proximate result of the above-mentioned conduct of Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; TRSMIMA, an unknown entity; and DOES 1-50, inclusive, and each of them, Plaintiff will necessarily incur additional like expenses for an indefinite period of time in the future, the exact amount of such to be stated according to proof.

///

///

///

///

7

**COMPLAINT FOR DAMAGES**

35.    As a direct and proximate result of the negligence, carelessness, and violation of the law by Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; TRSMIMA, an unknown entity; and DOES 1-50, inclusive, and each of them, Plaintiff has and will incur a loss of earnings and/or loss of earning capacity, which will be stated according to proof, pursuant to California Code of Civil Procedure section 425.10.

## SECOND CAUSE OF ACTION

### (NEGLIGENCE)

### (Against All Defendants and DOES 1 through 50, inclusive)

36.    The preceding paragraphs of this Complaint are incorporated by reference.

37.    Plaintiff believes and alleges that at all times mentioned herein, Defendants owed duties of care to Plaintiff and others to act reasonably, prudently, and safely so as to avoid subjecting Plaintiff and others to any unnecessary threat, risk or injury.

38.    On information and belief, Defendants were negligent in designing, manufacturing, supplying, and/or selling the subject TRSMIMA Zip Line 180 ft (X003RXCKUV). Defendants failed to use the amount of care in designing, manufacturing, supplying, and/or selling the subject TRSMIMA Zip Line 180 ft (X003RXCKUV) that a reasonably careful designer, manufacturer, supplier, and/or seller would have used in similar circumstances to avoid exposing Plaintiff to a foreseeable risk of harm. Defendants knew or should have known about the likelihood and severity of potential harm from the product which could have been avoided by taking safety measures to reduce or avoid the harm.

39.    Defendants knew or reasonably should have known that the subject TRSMIMA Zip Line 180 ft (X003RXCKUV) was dangerous or was likely to be dangerous when used or misused in a reasonably foreseeable manner. Defendants knew or reasonably should have known that users would not realize the danger. Defendants failed to adequately warn of the danger or instruct on the safe use of the subject TRSMIMA Zip Line 180 ft (X003RXCKUV). A reasonable manufacturer, distributor, and/or seller under the same or similar circumstances would have warned of the danger or instructed on the safe use of the subject TRSMIMA Zip Line 180 ft (X003RXCKUV).

**COMPLAINT FOR DAMAGES**

Downtown L.A. Law Group
612 S. Broadway
Los Angeles, CA 90014

40.     The negligence of Defendants, and each of them including their failure to warn or instruct, is and was a substantial factor in causing Plaintiff's harm.

41.     As a direct and proximate result of the above described acts and/or omissions of Defendants, Plaintiff has suffered special damages, economic damages, consequential damages, incidental damages, and general damages including, but not limited to, severe physical, mental, and emotional injuries, emotional distress, pain and suffering, resulting in substantial expenses, medical expenses, loss of use and enjoyment of life, and lost earnings and earnings capacity, the exact amount of which is unknown to Plaintiff at this time, but subject to proof at time of trial.

42.     As a further proximate result of the negligence of Defendants, and each of them, Plaintiff has suffered and will continue to suffer general damages in an amount presently unknown but which will be proven at the time of trial.

43.     As a further proximate result of the negligence of Defendants, and each of them, Plaintiff has suffered and will continue to suffer economic damages and loss of earnings in an amount presently unknown but which will be proven at the time of trial.

44.     As a further proximate result of the negligence of Defendants, and each of them, Plaintiff has suffered and will continue to suffer, a loss of earning capacity in an amount presently unknown but which will be proven at the time of trial.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; TRSMIMA, an unknown entity; and DOES 1-50, inclusive, as follows:

FIRST AND SECOND CAUSES OF ACTION

1.     For special damages including medical expenses, both past and future, and all other related special damages incurred by and on behalf of Plaintiff CESAR CORONA in an amount to be proven at trial;

Downtown L.A. Law Group
612 S. Broadway
Los Angeles, CA 90014

9

**COMPLAINT FOR DAMAGES**

2.       For general damages including for personal injury and pain and suffering and emotional distress by Plaintiff in an amount in excess of the minimum subject matter jurisdiction of this Court;

3.       For loss of earnings and earning capacity both past and future, and all other related special damages incurred by and on behalf of Plaintiff CESAR CORONA;

4.       For pre- and post-judgment interest and costs of suit incurred herein;

5.       For such other and further relief as this Court may deem just and proper.

DATED: June 25, 2025                          **DOWNTOWN L.A. LAW GROUP**

Charlotte Hadlow, Esq.
Attorneys for Plaintiff,
CESAR CORONA

**JURY TRIAL DEMANDED**

Plaintiff demands trial by jury of all issues so triable.

DATED: June 25, 2025                          **DOWNTOWN L.A. LAW GROUP**

Charlotte Hadlow, Esq.
Attorneys for Plaintiff,
CESAR CORONA

Downtown L.A. Law Group
612 S. Broadway
Los Angeles, CA 90014

**10**
**COMPLAINT FOR DAMAGES**

*- DO NOT FILE WITH THE COURT -*

**CIV-050**

*- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -*

| | |
|---|---|
| TELEPHONE NO.: | **FOR COURT USE ONLY** |

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*
Charlotte Hadlow, Esq. (SBN 334273)
DOWNTOWN LA LAW GROUP
612 S Broadway
Los Angeles, CA 90014
Email: charlotte@downtownlalaw.com

ATTORNEY FOR *(name):* Cesar Corona

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Trinity
STREET ADDRESS: 11 Court Street
MAILING ADDRESS: 11 Court Street
CITY AND ZIP CODE: Weaverville, 96093
BRANCH NAME: Weaverville Courthouse

PLAINTIFF: Cesar Corona, an individual.

DEFENDANT: Amazon.com Services LLC, a Delaware Limited Liability Company., et al.

| **STATEMENT OF DAMAGES** (Personal Injury or Wrongful Death) | CASE NUMBER: 25CV037 |
|---|---|

To *(name of one defendant only):* Amazon.com Services LLC, et al.
Plaintiff *(name of one plaintiff only):* Cesar Corona, an individual
seeks damages in the above-entitled action, as follows:

**AMOUNT**

1. **General damages**
   a. [x] Pain, suffering, and inconvenience ........................................................ $ 1,000,000.00
   b. [ ] Emotional distress. ........................................................................ $ _____
   c. [ ] Loss of consortium ........................................................................ $ _____
   d. [ ] Loss of society and companionship *(wrongful death actions only)* .............. $ _____
   e. [ ] Other *(specify)* _____ $ _____
   f. [ ] Other *(specify)* _____ $ _____
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [x] Medical expenses *(to date)* ........................................................... $ 1,000,000.00
   b. [ ] Future medical expenses *(present value)* ........................................ $ _____
   c. [ ] Loss of earnings *(to date)* ........................................................... $ _____
   d. [ ] Loss of future earning capacity *(present value)* ............................... $ _____
   e. [ ] Property damage ........................................................................ $ _____
   f. [ ] Funeral expenses *(wrongful death actions only)* .............................. $ _____
   g. [ ] Future contributions *(present value) (wrongful death actions only)* ....... $ _____
   h. [ ] Value of personal service, advice, or training *(wrongful death actions only)* ... $ _____
   i. [ ] Other *(specify)* _____ $ _____
   j. [ ] Other *(specify)* _____ $ _____
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $ _____
   when pursuing a judgment in the suit filed against you.

Date: September 5, 2025

Charlotte Hadlow, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

**Page 1 of 2**

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. July 1, 2025]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
courts.ca.gov

CIV-050

| PLAINTIFF: Cesar Corona, an individual.<br>DEFENDANT: Amazon.com Services LLC, a Delaware Limited Liability Company., et al. | CASE NUMBER:<br>25CV037 |
|---|---|

## PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. [x] Statement of Damages   [ ] Other   *(specify):*
   b. on *(name):* Amazon.com Services LLC
   c. by serving [x] defendant   [ ] other   *(name and title or relationship to person served):*
   d. [ ] by delivery   [ ] at home   [ ] at business
      (1) date:
      (2) time:
      (3) address:
   e. [ ] by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. [ ] **Personal service.** By personally delivering copies. (Code Civ. Proc., § 415.10.)
   b. [ ] **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (Code Civ. Proc., § 415.20(a).)
   c. [ ] **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (Code Civ. Proc., § 415.20(b).) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. [ ] **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (Code Civ. Proc., § 415.30.) **(Attach completed acknowledgment of receipt.)**
   e. [ ] **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (Code Civ. Proc., § 415.40.) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. [ ] Other *(specify code section):*
      [ ] additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. [ ] California sheriff, marshal, or constable
   b. [ ] Registered California process server
   c. [ ] Employee or independent contractor of a registered California process server
   d. [ ] Not a registered California process server
   e. [ ] Exempt from registration under Business and Professions Code section 22350(b)

   f. Name, address, and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

Date:

▶ _____
(SIGNATURE)

▶ _____
(SIGNATURE)

**PROOF OF SERVICE**
**(Statement of Damages)**

Code of Civil Procedure §§ 425.11, 425.115